**OFFICE OF THE FEDERAL PUBLIC DEFENDER**

**District of Hawaii**

Melinda K. Yamaga
Assistant Federal Defender
Melinda_Yamaga@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Phone (808) 541-2521 ♦ Toll free (877) 541-2521 ♦ Facsimile (808) 541-3545

---

December 30, 2022

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII   cc
Dec 30, 2022, 10:09 am
John A. Mannle, Clerk of Court

The Honorable Wes Reber Porter
United States Magistrate Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

MC 22-00649 LEK-RT

Re:   <u>Appointment of Counsel / Steven Keith Woodard</u>

Dear Judge Porter:

Attached is a fully executed Financial Affidavit by Steven Keith Woodard, who has requested assistance by this office. I am not aware of any conflict which would prohibit our office from being appointed.

Thank you for your assistance in this matter.

Sincerely,

/s/ *Melinda K. Yamaga*

MELINDA K. YAMAGA
Assistant Federal Defender
District of Hawaii

MKY:cp

Attachment